**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LA SHERRY IRBY, Individually and as**                                     **PLAINTIFF**
**Daughter and Personal Representative of
Orsten Singleton, Deceased**

**V.**                                                                              **NO. 4:18-CV-88-DMB-JMV**

**MERITOR, INC., et al.**                                                            **DEFENDANTS**

## ORDER CLOSING CASE

On February 19, 2020, La Sherry Irby, individually, and as daughter and personal representative of Orsten Singleton, deceased, stipulated to the dismissal of all claims asserted against Meritor, Inc., Rockwell Automation, Inc, and The Boeing Company. Doc. #92. Accordingly, this case is **CLOSED**.[1]

**SO ORDERED**, this 21st day of February, 2020.

                                                    **/s/Debra M. Brown**
                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] Textron, Inc., the other defendant in this case, was dismissed by this Court's August 9, 2019, order. Doc. #82.